Original form provided free of charge by CDOC Legal Services to Inmate Williams DOC #132803 Date: October 26, 2023.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

Civil Action No.    _23-CV-02612-SBP_

(To be supplied by the court)

**NOV 20 2023**

**JEFFREY P. COLWELL**
**CLERK**

RODNEY WILLIAMS III _____, Plaintiff

V. CORE CIVIC BOARD OF DIRECTORS IN THEIR INDIVIDUAL CAPACITIES.

~~[illegible crossed-out text]~~

LARRY COX CHIEF OF SECURITY, BENT COUNTY PRISON. IN HIS INDIVIDUAL CAPACITY.

JESSICA DORCEY ASSOCIATE WARDEN STERLING CORRECTIONAL FACILITY IN HER INDIVIDUAL CAPACITY.

JOSH DORCEY, MAJOR, STERLING CORRECTIONAL FACILITY IN HIS INDIVIDUAL CAPACITY.

MATT LONG, CASE MANAGER II, STERLING CORRECTIONAL FACILITY IN HIS INDIVIDUAL CAPACITY.

MOSES ANDRE STANCEL, DIRECTOR, COLORADO DEPARTMENT OF CORRECTIONS IN HIS OFFICIAL CAPACITY.

GRIFFITH MARSHALL IN HIS INDIVIDUAL CAPACITY

CHELSEA MC BRIDE, M.S., R.D. IN HER OFFICIAL CAPACITY, AND,

BROWN COONRAD, CASE, MANGER, STERLING CORRECTIONAL FACILITY IN HER INDIVIDUAL CAPACITY. All =, Defendant(s). JOINT AND SEVERALY.

**Jury Trial requested:**
(please check one)
_X_ Yes ____ No

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

**PRISONER COMPLAINT**

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

Original form provided free of charge by CDOC Legal Services to Inmate Williams DOC #132803 Date: October 26, 2023.

## A.    PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

RODNEY WILLIAMS, 132803    COLORADO STATE PRISON

(Name, prisoner identification number, and complete mailing address)

P.O. BOX 777 CANON CITY, CO, 81215

(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

____ Pretrial detainee

____ Civilly committed detainee

____ Immigration detainee

_X_ Convicted and sentenced state prisoner

____ Convicted and sentenced federal prisoner

____ Other: (*Please explain*) _____

## B.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:    CORE CIVIC AND BOARD OF DIRECTORS

(Name, job title, and complete mailing address)

11560 COUNTY ROAD FF.75 LAS ANIMAS, CO, 81054

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? _X_ Yes ___ No (*check one*). Briefly explain:

PLAINTIFF WAS IN CUSTODY OF ALL

NAMED DEFENDANTS DURING/INJURIOUS

EVENTS, AS APPROVED BY STATE CONTRACT.

Defendant 1 is being sued in his/her _X_ individual and/or ___ official capacity.

2

DEFENDANTS FROM 1.)
BOARD OF DIRECTORS:

- DAMON T. HININGER

- ROBERT J. DENIS

- STACIA A. HYITON

- THURGOOD MARSHAII JR.

- HARIEY G. LAPPIN

- MARK A. EMKES

- DONNA M. AIVERADO

- ANNIE L. MARIUCCI

- DEVINE MURPHY

- JOHN PRANN JR.

- DEFENDANT-4) JOSH DORCEY, MAJOR, STERLING CORRECTIONAI FACILITY, P.O. BOX 600 STERLING, CO 80751 COLOR OF LAW YES ATTEMPTING TO PERFORM STATE DUTIES OUTSIDE POLICY. IN HIS INDIVIDUAI CAPACITY.

- DEFENDANT-5) MATT IONG CASE MANAGER II STERLING CORRECTIONAI FACILITY PO BOX 600 STERLING CO 80751 COLOR OF LAW YES ATTEMPTING TO PERFORM STATE DUTIES OUT-SIDE POLICY VIOLATING DUE-PROCESS

- DEFENDANT-6) MOSES ANDRE STANCII DIRECTOR OF THE DEPARTMENT OF CORRECTIONS 1250 ACADEMY PARK LOOP COLORADO SPRINGS CO    COLOR OF LAW YES PERFORMING STATE DUTIES. IN HIS OFFICIAI CAPACITY'

- DEFENDANT-7) GRIFFITH MARSHAII ? DUTIES STERLING CORRECTIONAI FACILITY P.O. BOX 600 STERLING CO. 80751 COLOR OF LAW YES IN HIS INDIVIDUAI PERFORMING STATE DUTIES VIOIATED DUE-PROCESS. CAPACITY

- DEFENDANT-8) BROWN COONRAD CASE MANAGER I STERLING CORRECTIONAI FACILITY P.O. BOX 600 STERLING CO 80751 COLOR OF LAW YES PERFORMING STATE DUTIES VIOIATED DUE-PROCESS.

DEFENDANT-9) CHEISEA MC BRIDE M.S. R.D. 1250 ACADEMY PARK LOOP COLORADO SPRINGS CO COIOR OF LAW YES PERFORMING DUTIES OF STATE OUTSIDE OF POLICY

Original form provided free of charge by CDOC Legal Services to Inmate Williams DOC #132803 Date: October 26, 2023.

Defendant 2    LARRY COX CHIEF SECURITY BENT COUNTY
(Name, job title, and complete mailing address)

11560 COUNTY ROAD FF.75 LAS ANIMAS CO. 81054

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law?  ☒ Yes  _X_ No (*check one*).  Briefly explain:

SEXUAL ASSAULT IS NOT A STATE

FUNCTION

Defendant 2 is being sued in his/her _X_ individual and/or ___ official capacity.

Defendant 3) JESSICA DORCEY ASSOCIATE WARDEN
(Name, job title, and complete mailing address)

STERLING CORRECTIONAL FACILITY P.O. BOX 600
STERLING, CO. 80751

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law?  _X_ Yes  ___ No (*check one*).  Briefly explain:

ATTEMPTING TO PERFORM STATE DUTIES

OUT-SIDE POLICY VIOLATING DUE-PROCESS

Defendant 3 is being sued in his/her _X_ individual and/or ___ official capacity.

## C.    JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

_X_    State/Local Official (42 U.S.C. § 1983)

____    Federal Official

As to the federal official, are you seeking:

___ Money damages pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971)

___ Declaratory/Injunctive relief pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1361, or 28 U.S.C. § 2201

____    Other: (*please identify*) _____

# (I)
## CAUSE OF ACTION

- PLAINTIFF RODNEY WILLIAMS III WAS SEXUALLY ASSAULTED AND VICTIMIZED BY EXCESSIVE FORCE AT BENT COUNTY CORRECTIONAL FACILITY. TRANSFERED TO C.S.P. AND SUFFERED DISCRIMINATION FOR BEING A MALE OFFENDER. TRANSFERED TO S.C.F. MAXIMUM CUSTODY CONTROL UNIT FOR ASSAULT ON AN OFFICER, APPEALED THE CONVICTION AND CONVICTION FOR ASSAULT WAS REVERSED AND A TOTAL EXPUNGEMENT WAS ORDERED. S.C.F. CASE MANAGEMENT AND ASSOCIATE WARDEN REFUSE POLICY FOR EXPUNGEMENT PROCEEDURE AND DUE-PROCESS REQUIREMENTS AND CONSPIRED THROUGH SEVERAL DEPARTMENTS OF D.O.C. TO COMPLETE SCHEME TO CONTINUE DEPRIVATION OUT-SIDE POLICY. SUCH AS D.O.C., LEGAL DEPARTMENT, ADMINISTRATION, HOUSING, AND CASE MANAGEMENT, FOR A CONSECUTIVE 395 DAYS. WHILE DENYING MEDICAL CARE AND TREATMENT AND PERSCRIBED MEDICAL DIET.

- PLAINTIFF ASSERTS THE CONSTITUTIONAL GUARANTEE OF THE 14TH ADMENDMENT OF FAIR AND EQUAL PROTECTION, AND THE RIGHT TO DUE PROCESS.

- TO BE FREE OF DISCRIMINATION BASED ON GENDER.

- TO BE GIVEN DUE-PROCESS BEFORE ANY DEPRIVATION OF PRIVILEDGE OR PROPERTY.

- PLAINTIFF SEEKS RELIEF OF COMPENSATORY AND PUNITIVE DAMAGES, INJUNCTIVE, DECLATORY, AND ANY OTHER COURT DEEM NESSESARY, AND DEMANDS TRIAL BY COURT ROOM JURY.

3-1

Original form provided free of charge by CDOC Legal Services to Inmate Williams DOC #132803 Date: October 26, 2023.

### D.    STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

(II).    CLAIM ONE: VIOLATION OF 8th ADMENDMENT (RIGHT TO BE FREE OF CRUEL AND UNUSUAL PUNISHMENT.) OF THE CONSTITUTION,

Claim one is asserted against these Defendant(s):

LARRY COX, CHIEF SECURITY OF BENT COUNTY CORRECTIONAL FACILITY.

Supporting facts: ON 10-3-2022 PLAINTIFF WAS SEXUALLY ASSAULTED AND SUBJECTED TO USE OF EXCESSIVE FORCE BY LARRY COX, THE CHEIF OF SECURITY AT BENT COUNTY CORRECTIONAL FACILITY. BY LARRY COX PLACING A UNGLOVED HAND IN THE REAR OF PLAINTIFFS SHORTS DURING A STRIP SEARCH. LARRY COX ARRIVED AT/TO PLAINTIFFS CELL UNANNOUNCED TO QUESTION HIM ABOUT HIS PRIOR WHERE ABOUTS THE DAY PREVIOUS (CLAIMS LARRY COX IN HIS PERSONAL REPORT = SUBMITTED UPON DISCOVERY), LARRY COX IS NOT A INVESTIGATING OFFICER OF HEARINGS DEPARTMENT AND NEVER STATED THIS REASON OR APPROACHED THIS REASONING THROUGH OUT THIS INCIDENT BY COMMUNICATING TO PLAINTIFF. IMMEDIATE UPON ENTERING CELL CLIMBED THE DESK TO STRADDLE PLAINTIFF IN BED GRABBING PLAINTIFF BY BOTH WRIST. AFTER THIS SEXUAL ASSAULT PLAINTIFF UPON BEING RELEASED RAISED BOTH HANDS EMPTY AND COMPLIED WITH ORDERS TO COME TO THE GROUND TO PERFORM A STRIP SEARCH PLAINTIFF COMPLIED TO ORDERS AND DURING STRIP SEARCH NOW IN THE PRONE POSITION ON THE WALL LARRY COX GRABBED PLAINTIFF BY THE LEFT WRIST IN A lOCK FORCING ARM UP HIS BACK AND ISSUED A VERBAL THREAT THAT ANY MOVE WOULD BE VIEWED AS A THREAT AND HE WOULD ACT ACCORDINGLY THEN PLACED A UNGLOVED HAND INSIDE THE REAR OF PLAINTIFFS SHORTS WITH AN OBJECTIVE TO MOLEST PLAINTIFF FOR SEXUAL SATISFACTION. IN AN ACTION TO PROTECT HIS SELF FROM THIS SEXUAL ASSAULT PLAINTIFF PUSHED LARRY COX OFF HIM THROUGH THE DOOR OF THE CELL AND WAS MACED. PLAINTIFF WAS ABLE TO CLOSE THE DOOR TO THE CELL AND BEGAN

4

(II) CLAIM 1.) CONTINUED.

TO WASH HIS FACE WHEN THE CELL DOOR AGAIN WAS OPENED AND PLAINTIFF WAS AGAIN MACED, FORCED TO EXIT CELL TO ESCAPE BEING MACED AND UPON ENTERING TIER WAS FORCED OVER THE RAILING TO FALL TO THE FIRST TIER LANDING ON THE BOTTOM OF THE STAIRS. CAUSING PHISICAL INJURIES TO PLAINTIFF. (ALSO NOTED IN LARRY COX REPORT)

• PLAINTIFF SUFFERED INJURIES TO HIS RIGHT EYE OF A LASCERATION AND BLURRY VISION, THAT CAUSES SPELLS OF DIZINESS OF VERTIGO.

• PLAINTIFF SUFFERED INJURIES TO HIS LEFT SHOULDER COLLAR BONE AND ROTATOR CUFF AND REAR SHOULDER BLADE. THAT CAUSES SEVERE SEARING BURNING PAIN WHEN USED, WHEN ELEVATED JOINT POPPS. THERE IS A CONSTANT DULE ACHE EVEN DURING REST.

• PLAINTIFF SUFFERED INJURIES TO BOTH LEFT AND RIGHT KNEES. BOTH KNEE CAPS ARE SPLIT AND DAMAGED AND NOW POP AND SNAP WHEN MOVED, CONSTANT PAIN CONSIST WHEN WALKING KNEELING OR SITTING AND LYING DOWN.

• PLAINTIFF SUFFERED INJURIES OF EMOTIONAL DISTRESS AND LIVES IN A PARANOID DEPRESSIVE STATE IN FEAR OF BEING VICTIMIZED AND EXPLOITED AND HAS LOSS QUALITY OF LIFE THROUGH THESE INJURIES, DUE TO LOSS OF SLEEP, ABILITY TO MOVE FREE OF PAIN AND ENJOY LIFE AND LIBERTY.
• THOMPSON V. OPIEU, 74 F.3d 1492 (6TH CIR, 1996)
• BODDIE V. SCHNIEDER, 105 F.3d 857 (2ND, CIR 1997)

• PLAINTIFF ASSERTS THE 8TH ADMENDMENT OF THE CONSTITUTION TO BE FREE OF CRUEL AND UNUSUAL PUNISHMENT, NAMELY FREE OF BEING SEXUALLY ASSAULTED AND EXCESSIVE FORCE. DAVIS V. RENNIE, 264 F.3d 86 (1ST CIR. 2001),

- THESE FACTS SHOW UNCONSTITUTIONAL TREATMENT. HOPE V. PELZER, 536 U.S. 730, 122 S.Ct 2508 L.Ed.2d 666 (2002)
• MARTIN V. MILWAUKEE CNTY. 904 F.3d 544 (7TH CIR 2018)
• PLAINTIFF SEEKS RELIEF OF COMPENSATORY PUNITIVE DAMAGES IN THE AMOUNT OF $2,000,000.00 PER SEXUAL ASSAULT = $4,000,000.00. $30.00 PER INJURY = $120.00 PER DAY FOR A TERM OF 50 YEAR LIFE EXPECTANCY = 2,140,000.00
TOTAL OF $6,140,000.00

4-1

CLAIM #2: VIOLATION TO THE 14TH ADMENDMENT PROTECTION OF THE CONSTITUTION OF FAIR AND EQUAL PROTECTION AND TREATMENT AND THE RIGHT TO DUE PROCESS.

DEFANDANT: ANDRE MOSES STANCIL, CORE CIVIC, C.C.A. SUPPORTING FACTS: PAINTIFF WAS TRANSFERED TO C.S.P. ON 10-3-22 AND PLACED IN SEGRAGATION (BY CLAIMS OF LARRY COX OF PLAINTIFF ASSAULTING HIM.) UNTIL 10-18-22. PLAINTIFF WAS TRANSFERED TO AND FROM BY CORE CIVIC.

• PLAINTIFF WAS SUBJECTED TO DISCRIMINATION BY BEING PLACED IN PUNITIVE SEGRAGATION BECAUSE OF AN OBJECTIVE TO PUNISH PLAINTIFF AS A "MALE" OFFENDER. D.O.C, A.R. 150-001. SECTION IV. F. 5.f

• PLAINTIFF WAS DEPRIVED OF PROPERTY IN THE AMOUNT $1,084.00 BEFORE ANY DUE PROCESS TOOK PLACE OR HAS EVER TOOK PLACE. PROPERTY HAS NEVER BEEN RETURNED WITH ACCOUNTABILITY TO THE RIGHTFULLY PURCHASED AND POSSESSED PROPERTY. CASE # 2023CM2

• PLAINTIFF WILL PROVIDE DISCIPLINE QUERY UPON DISCOVERY.

• PLAINTIFF SUFFERED ACTUAL INJURY OF EMOTIONAL DISTRESS AND PHYCOLOGICAL PARANOIA (THROUGH THE OBJECTIVE OF D.O.C. TO DISCRIMINATE AGAINST PLAINTIFF) FOR BEING OF MALE GENDER. PLAINTIFF HAS NIGHT MARES AND SUFFERS FROM LOSS OF SLEEP FROM CONSTANT STATE OF FEAR OF D.O.C POLICY AND MOLICIOUS ACTIONS OF OFFICERS.

• PLAINTIFF LOSS WEIGHT AND IS NOW AND SINCE IN A DETERIORATING CONDITION IN THE 15 DAYS IN SEGRAGATION LOST 16 LBS.

• THE CONSTITUTION STATES I SHALL NOT BE DISCRIMINATED AGAINT FOR AGE, SEX, ETHNICITY OR GENDER. 14TH ADMENDMENT TO THE CONSTITUTION CITIZENSHIP = FAIR AND EQUAL PROTECTION, AND TREATMENT. KENTUCKY DEPT. OF CORRECTION V. THOMPSON 490 U.S. 454, 462-463, 109 S.Ct 1904, 104 L.Ed. 2d 506 (1989)

• THE TRANSFER TO AND FROM C.S.P. SEGRAGATION IS BENT COUNTY POLICY AND CUSTOM. AS PLAINTIFF REMAINED IN CUSTODY OF CORE CIVIC C.C.A. THROUGH OUT ENTIRE PERIOD OF SEGRAGATION.

4-2

CLAIM #2.) CONTINUED

- PLAINTIFF ASSERTS THE 14TH ABMENDMENT OF THE CONSTITUTION OF THE RIGHT TO FAIR AND EQUAL TREATMENT AND PROTECTION. TO BE FREE OF DISCRIMINIATION.

• PLAINTIFF ASSERTS THE 14TH ABMENDMENT OF THE CONSTITUTION OF THE RIGHT TO DUE-PROCESS BEFORE ANY DEPRIVATION OF PRIVILEDGE OR PROPERTY.

• PLAINTIFF SEEKS RELIEF OF THE MONETARY AMOUNT OF $2,000,000.00 IN COMPENSATORY DAMAGES FROM CORE CIVIL CORRECTIONAL CORPERATIONS OF AMERICA.

• PLAINTIFF SEEKS DECLATORY RELIEF DECLARING THE ACTS AND OMISSIONS HAVE VIOLATED PLAINTIFFS RIGHTS.

• PLAINTIFF SEEKS INJUNCTIVE RELIEF COMMANDING DEFENDANTS TO GRANT THE SAME-LESS RESTRICTIVE POLICY AS SIMULAR SITUATED PRISONERS OF NO PUNITIVE SEGRAGATION, BY POLICY OF RELOCATING INMATES WITH ALL PROPERTY IF SUBJECT TO NEED FOR SEGRAGATION, UNTILL DUE-PROCESS IS OBSERVED. BEING THAT PRIVILEDGE OF NOT BEING SUBJECT TO PUNITIVE SEGRATION HAS BEEN OFFERED FOR A LENGTHY DURATION IT MUST BE "FAIR" IN ITS DISTRIBUTION AND TO BE MORE RESTRICTIVE ON FEMALE OFFENDERS WOULD THEN VIOLATE THIER RIGHT TO DUE-PROCESS.

• ANY OTHER RELIEF THE COURT DEEMS NECESSARY.

4-3

CLAIM #3.) VIOLATION TO THE 14TH ADMENDMENT OF THE CONSTITUTIONAL GARANTEE OF THE RIGHT TO DUE-PROCESS.

DEFENDANTS: JESSICA DORCEY, MATT LONG, BROWN CGONRAD, JOSH DORCEY, ANDRE MOSES STANCIL, GRIFFITH MARSHALL

• DEPRIVATION OF PRIVILEDGE •

SUPPORTING FACTS: ON 10-18-22 PLAINTIFF WAS WAS TRANSFERED FROM C.S.P TO S.C.F. MAXIMUM CONTROI CUSTODY (BY BENT COUNTY, CORE CIVIC. C.C.A. OFFICERS) BY AND THROUGH USE OF A.R. 600-009 DISCRETIONARY OVER-RIDE, POLICY.

• ON 12-28-22 FILED 106.5 FOR VIOIATIONS TO/OF DUE PROCESS.

• ON 12-30-22 INCIDENT WAS REVERSED ON APPEAL AND A TOTAL EXPUNGEMENT WAS ISSUED ORDERED BY WARDEN VIRGIL ENSEY. THROUGH THE 106.5 PROCESS.

• ON 1-25-23 MAJOR C. TENARIO OF C.S.P. WHO WAS PART OF CLASSIFICATION TO M.C.C. ANWER APPEAL OF CLASSEFICATION USING EXPUNGED INCIDENT CASE # 22-443 FOR PLACEMENT JUSTIFICATION TO M.C.C. AND HIGH-IIGHTED AREAS OF POLICY RELIED UPON, OF A.R 600-009. (PROVIDED UPON DISCOVERY)

• ON 2-10-23 PLAINTIFF RECIEVED ANSWERED 106.5 WITH EXPUNGEMENT. PLAINTIFF IMMEDIATELY SUBMITTED EXPUNGEMENT TO MAJOR RAFF, MAJOR JESSICA AND JOSH DORCEY, AND WARDEN JEFF LONG.

• ON 2-13-23 C.M.I MATT LONG MET WITH PLAINTIFF AS DIRECTED BY JESSICA DORCEY, AS STATED BY MATT LONG. TO INFORM THAT "REGARDLESS OF EXPUNGEMENT AND DUE PROCESS VIOIATION THEY WOULD NOT BE FOLLOWING EXPUNGEMENT POLICY" OF A.R. 150-001 10.(G.) EXPUNGEMENT AND RESTORATION A.R 950-10 EXPUNGEMENT OF RECORD. BY AND THROUGH THE USE OF 600-009 THAT ALLOWS BY THEIR DISCRETION TO CLASSIFY INMATES TO M.C.C. CUSTODY. PLAINTIFF THEN INFORMED MATT LONG THAT A VIOIATION TO DUE-PROCESS HAS AIREADY BEEN CONSENTED TO AND THAT ANY FURTHER TREATMENT CONTINUED THAT VIOIATION AND THAT PLAINTIFF WOULD PURSUE LEGAI AUTHORITY TO HOID ALL ACCOUNTABLE ALL WHO CONTINUE TO VIOLATE PLAINTIFFS CONSTITUTIONAL RIGHTS AND THAT ANY DISCRETIONARY POLICY DEOS NOT HAVE AUTHORITY OVER NON-DISCRETIONARY PROCEEDURE OF EXPUNGEMENT POLICY, AND NEVER WOULD ANY POLICY AILOW THE CONSTITUTIONAI VIOIATION TO PRISONERS

4-4

CLAIM #3.) CONTINUED.

CONSTITUTIONAL RIGHTS. AND THAT EVEN IF POLICY ALLOWED THE PUNISHMENT/RESTRICTION OF M.C.C. OF PRISONERS WITH OUT DUE-PROCESS. THAT WAS NOT MY SITUATION AND THAT PLACEMENT WAS BECAUSE C.O.P.D. AS STATED IN CLASSIFICATION APPEAL OF MAJOR C. TENARIO THAT WAS WITH PAPERS SUBMITTED AND THEN SHOWED MATT LONG APPEAL. THEN MATT LONG STATED TO PLAINTIFF JESSICA DORCEY AND HIS INTENTION TO CHANGE THE NARRITIVE TO PLAINTIFFS PLACEMENT TO M.C.C. IN ORDER TO FURTHER JUSTIFY PLACEMENT. BY SEPERATING THE BEHAVIOR OF THE INCIDENT AS EVIDENCE BEING RELIED UPON AND NOT tHE PREVIOUS STATED CO.P.D. FROM INITIATING CLASSIFICATION COMMITTEE. PLAINTIFF THEN INFORMED MATT LONG THAT WAS VIOLATION TO A.R. 150-001 10. (G.) AND 950-10 G. NOR SHALL INCIDENT BE USED IN ANY OTHER PROCEEDING. PLAINTIFF INFORMED MATT LONG THAT MEETING CONSTITUTED LEGAL NOTICE TO CONSTITUTIONAL VIOLATIONS. DEFENDANT MATT LONG THEN STATED HIS INDIFFRENCE BY TELLING PLAINTIFF TO WRITE APPEAL. PLAINTIFF INFORMED MATT LONG AN APPEAL HAD BEEN SUBMITTED FOR WEEKS AND ADJOURNED THE MEETING.

. ON 2-14-23 PLAINTIFF RECIEVED APPEAL MENTIONED DAY PRIOR ANSWERED BY JESSICA DORCEY STATING/ REITERATING WHAT SHE HAD PREVIOUSLY TOLD CASE MANAGER LONG TO COMMUNICATE TO PLAINTIFF. (SUBMITTED UPON DISCOVERY)

. ON 3-10-23 PLAINTIFF RECIEVE GRIEVANCE ANSWERED BY MATTLONG USEING THE TERM OF TECHNICAL VIOLATION TO CHARACTERIZE THE VIOLATIONS TO THE CONSTITUTIONAL RIGHTS OF PLAINTIFF. WHICH IS A FABRICATED TERM NOT IN POLICY AND DISPLAYED THE DELIBERATE INDIFFERENCE TO VIOLATIONS AND MALICIOUS INTENT TO CAUSE INJURY REGARLESS

4-5

CLAIM #3.) CONTINUED.

OF D.O.C. POLICY AND THE INTENT TO MANIPULATE
POLICY TO ACCOMPLISH PUNISHMENT AND DEPREVATION.

• ON 3-28-23 MAJOR JOSH DORCEY VISITED PLAINTIFF
CELL-SIDE. STATING "I NEED TO FIGURE OUT HOW TO
ANSWER YOUR GRIEVANCE" PLAINTIFF THEN INFORMED
MAJOR DORCEY OF WHAT POLICY STATES WHICH HE
STATED HE WAS AWARE. AND TO THE CONSTITUTIONAL
VIOLATIONS AND THE MISCONDUCT OF JESSICA DORCEY'S
ABUSE OF POLICY. JOSH DORCEY THEN STATED THAT HE
WOULD HAVE TO TALK TO LEGAL DEPARTMENT AND WARDEN
AND PROVIDE ANSWER IN GRIEVANCE (SUBMITTED ON
DISCOVERY)

• ON 4-10-23 MATT LONG VISITED PLAINTIFF CELL-SIDE
WITH APPEAL IDENTICAL IN APPEARANCE TO ALL 3
APPEALS SUBMITTED, BY PLAINTIFF. WHEN MATT LONG
AGAIN USED TERM NOT IN POLICY AND FABRICATED
OF TECHNICAL VIOLATION TO CHARACTERIZE THE VIOLATIONS
OF DUE-PROCESS OF PLAINTIFF, AND FURTHER DISPLAY
INDIFFRENCE OF ALL NAMED DEFANDANTS.

• ON 4-28-23 PLAINTIFF RECIEVED 106.5 DISMISSED
DUE TO MOOTNESS. BY PERJURY OF THE COURT BY
CLAIMS OF D.O.C. HAD EXPUNGED CASE #22-443 AND
PLAINTIFF WAS NO LONGER IN RESTRICTED HOUSING
DEFINED = RESTRICTED TO A CELL FOR MORE THAN 22 HOURS
A DAY. PLAINTIFF WAS ON 71 AND 1 HOUR RECREATION AND
SHOWER. (PROVIDE SCHEDULE UPON DISCOVERY.) INCIDENT
WAS STILL USED ON/AGAINST PLAINTIFF AS OF 8-23-23
AND TILL PRESENT. EXPUNGEMENT POLICY HAS NOT BEEN
FOLLOWED AND HAVE CONTINUED PUNISHMENT 395 DAY PLUS.
CASE #2022CV11

• ON 6-15-23 PLAINTIFF RECIEVED GRIEVANCE ON
JESSICA DORCEY FOR FAILURE TO ABIDE BY POLICY OF
EXPUNGEMENT PROCEEDURE. ANSWERED BY GRIFFITH
MARSHALL WHEN AND WHERE GRIFFITH MARSHALL
USED A UNRELATED DOCUMENT DATE TO JESSICA
DORCEY APPEAL RESPONSE OF 2-28-23. TO DISMISS
GRIEVANCE, BY USE OF MAJOR C. TENARIO OF-1-25-23

41-6

CLAIM #3.) CONTINUED.

OF C.S.P WHILE PLAINTIFF AND JESSICA DORLEY AND GRIFFITH MARSHALL WERE IN S.C.F. BY THIS AIDED PERSONALLY IN THE SCHEME TO FURTHER PUNISHMENT OF EXPUNGED CASE AND VIOLATE PLAINTIFFS RIGHTS. AND SERVES AS CULPABILITY TO MALICIOUS INTENT ON BEHALF OF ALL DEFENDANTS.

• ON 8-23-23 PLAINTIFF WAS RECLASSED BY CASE MANAGER(I BROWN COONRAD. MATT LONG. AND JESSICA DORCEY. WHO ADDED 20 POINTS TO RECLASS AND DID NOT REMOVE EXPUNGED INCIDENT AND ADDED INSTITUTIONAL VIOLENCE AND VIOLATED D.O.C. POLICY OF 1450-001. BY= KNOWENGLY PROVIDING FALSE INFORMATION. 600-001 OFFENDER CLASSIFICATION. BY MAINTAINING UNTRUE AND CORRECT INFORMATION ON WORKING CASE FILE. 0550-001 CASE MANAGEMENT SYSTEM. BY "USING INFORMATION NOT CURRENT" 150-001 CODE OF PENAL DISCIPLINE 10.(G) EXPUNGEMENT AND RESTORATION. 950-10 EXPUNGEMENT OF RECORD. BY "NOR SHALL EXPUNGED INCIDENT BE USED IN ANY OTHER PROCEEDING.(RECLASS ON DISCOVERY)

• ON 10-13-23 DEFENDANT JESSICA DORCEY INTERFERED WITH THE CORRECTION OF PLAINTIFFS RECLASS IN A DIFFERENT FACILITY FROM DEFENDANT IN EFFORT TO CONTINUE HARM PUNISHMENT AND INJURE. (APPEN SUBMITTED UPON DISCOVERY)

• PLAINTIFF REQUEST RELIEF OF MONETARY AMOUNT $10,000 A DAY FOR AT LEAST 395 CONSECUTIVE DAYS PLAINTIFF SUFFERED DEPRIVATION OF PRIVILEDGE AND DUE PROCESS. VIOLATIONS. TOTAL $3,950,000.00

– DEPRIVATION. OF PROPERTY –

• ON 10-5-22 AND EACH MONTH CONSECUTIVE TO, ON THE 5TH DATE FOR 13 MONTHS. PLAINTIFF WAS DEPRIVED OF PROPERTY IN THE AMOUNT OF $1,284.00 TO TOTAL $14,408.00 BY AND THROUGH USE OF 600-004 BY DEFENDANTS.

• ON 10-7-22 AND EACH WEEK CONSECUTIVE TO: FOR 56 WEEKS PLAINTIFF WAS DEPRIVED OF PROPERTY/CANTEEN. IN THE AMOUNT OF $50.00. TO TOTAL $2,800.00 BY AND THROUGH USE OF 600-009 BY DEFENDANTS.

• DEPRIVATIONS CONSIST TILL PRESENT.

47

CLAIM #3.) CONTINUED.

. PLAINTIFF SUFFERED ACTUAL INJURY AS CONSEQUENCE OF DEFENDANT ACTIONS INTENDED TO PUNISH AND HARM PLAINTIFF HERE-FORE THEY HAVE ACHIEVED THIER DESIRED PLAN/SCHEME BY AND THROUGH USE OF 600-009. PLAINTIFF WAS "REFERRED" FOR M.C.C. BY USE OF A.R. 600-009 C.S.P. CARRIED OUT EXECUTION AND PLAINTIFF WAS TRANSFERED TO M.C.C. BY BENT COUNTY/C.C.A./CORE CIVIC STAFF. UPON REVERSAL OF CONVICTION WAS LEFT IN M.C.C. BY BENT COUNTY AND DENIED POLICY AND DUE-PROCESS BY S.C.F. ANDRE MOSES STANCEL SIGNED APPROVED 600-009.

. EVERY INJURY DESCRIBED HERE-IN COMPLAINT HAS COMPOUNDED BY THE ACTIONS OF DEFENDANT AND EVERY DATE DESCRIBED HERE-IN HAS REINJURED PLAINTIFF IN WAY OF THOSE INJURIES.

. PLAINTIFF REQUEST INJUNCTIVE RELIEF COMMANDING DEFENDANT DIRECTOR OF D.O.C. ANDRE MOSES STANCEL TO PLACE PLAINTIFF IN PROPER CUSTODY LEVEL AND OBSERVE DUE-PROCESS CLAIMS OF PLAINTIFF AND THE VIOLATION TO CODE OF CONDUCT AND CONFLICT OF INTEREST OF JESSICA DORCEY AND JOSH DORCEY OF PERSONAL RELATIONSHIP INSIDE D.O.C. AND THE PREJUDICE POSED ON PLAINTIFF BECAUSE OF. AND HOLD ACCOUNTABLE OFFICERS THAT VIOLATED POLICY BY DISREGARD AND ABUSE BY MISUSE "KNOWINGLY" CONDUCTING THIER SELF UNPROFESSIONALLY SERVING PREJUDICE INTREST. NOTIFING PLAINTIFF OF TERMINATION OF THOSE WHO VIOLATED POLICY OR FAILED TO ABIDE BY, COMMING TO AGREEMENT WITH PLAINTIFF FOR PUNISHMENT THOSE INVOLVED AND PROPER REIMBURSEMENT OF PLAINTIFF, BY PRIVILEDGE AND PLACEMENT, AS WELL AS OBSERVE DUE-PROCESS OF ALL INMATES PLACED BY A.R. 600-009.

4-8

CLAIM #3) CONTINUED.

. PLAINTIFF RESPECTFULLY REQUEST COMPENSATORY AND PUNITIVE DAMAGES IN THE AMOUNT OF $3,950,000.00 FROM JESSICA DORCEY, MATT LONG, JOSH DORCEY, AND GRIFFITH MARSHALL. TO EQUAL $10,000.00 FOR A CONSECUTIVE 395 DAYS.

. PLAINTIFF REQUEST DECLATORY RELIEF THAT DEFENDANTS HAVE VIOLATED THE RIGHTS OF PLAINTIFF.

. PLEASE SEE FINAL RELIEF REQUEST SUMMATION.

4-9

CLAIM #4.) VIOLATION OF 8TH ADMENDMENT BY FAILURE TO PROVIDE MEDICAL CARE. DENIAL AND DELAY IN PROVIDING MEDICAL TREATMENT FOR SERIOUS MEDICAL NEED OF MEDICAL DIET AND TREATMENT OF MEDICAL INJURIES. = CRUEL AND UNUSUAL PUNISHMENT.

DEFENDANTS: CHELSEA McBRIDE, ANDRE MOSES STANCIL, D.O.C. DIRECTOR.

• ON 10-5-22 PLAINTIFF SUBMITTED/DECLARED EMERGENCY FOR INJURIES TO EYE AND SHOULDER WAS GIVEN EYE DROPS AND SCHEDULED FOR X-RAY AND REQUESTED M.R.I.

• ON 10-7-22 PLAINTIFF REQUESTED MEDICAL DIET DUE TO SHORT BOWEL SYNDROME DUE TO GUN SHOT WOUNDS DIAGNOSED PRIOR TO DoC. AND MAINTAINED FOR 9 YEARS WHILE IN D.O.C. CHELSEA MCBRIDE DENIED MY REQUEST AND TOLD PLAINTIFF ORDER CANTEEN. (GRIEVANCES SUBMITTED UPON DISCOVERY) PLAINTIFF SUFFERED JAW FRACTURE AND WAS PLACED ON LIQUID DIET AND AFTER REFUSED TO RETURN PLAINTIFF TO PERSCRIBED DIET. IN VIOLATION OF A.R. 700-002.MEDICAL DIETS, AND A.R. 700-001. = WHEN OFFENDER

4-10

CLAIM #4) CONTINUED.

▪ ENTERS D.O.C. WITH A PRE DIAGNOISED CONDITION OR DIET IT WILL BE HONORED AND MAINTAINED BY MEDICAL.

· ON 11-18-22 PLAINTIFF DECLARED EMERGENCY AND WAS SEEN AT S.C.F. WHERE NO PROPER PHYSICAL OR MEDICAL ASSESSMENT WAS PERFORMED. DOCTOR DID NOT LOOK/REVIEW/INSPECT INJURIES, BUT TYPED ON COMPUTER. BETWEEN 1-1-23 AND 3-30-23 PLAINTIFF EMERGENCY DECLARED SEVERAL MORE TIMES AND WAS NEVER AGAIN SEEN.

· PLAINTIFF ASSERTS THE 8ᵗʰ ADMENDMENT TO THE CONSTITUTION; ACCESS TO MEDICAL TREATMENT AND CARE. DICKWORTH V. AHMAD 532 F.3d 657 (6ᵀᴴ CIR. 2008) D.O.C. HAS THE RESPONSABILITY TO PROVIDE MEDICAL CARE.

· PLAINTIFF SUFFERED ACTUAL INJURY TO HIS HEALTH LOST WEIGHT DEVELOPED TREMORS FROM A REDUCED CORE TEMPRATURE DAMAGING NERVOUS SYSTEM. NOW SUFFERS FROM INSOMNIA DUE TO LACK OF FOOD AND POOR SLEEP. PLAINTIFF WAS DIAGNOISE 9 MEALS A DAY, AND HAD NO CANTEEN PRIVELEDGE THEN AND NOT

4-11

CLAIM #4.) CONTINUED.

AN ADEQUATE AMOUNT NOW! DUE TO MEDICAL CONDITION.

· PLAINTIFF SUFFERED ACTUAL PHYSICAL INJUREES DESCRIBED IN CLAIM #1) AND NEED MEDICAL TREATMENT AND SURGERIES.

· HOPE V. PELZER 536 U.S. 730 122 S. Ct 2508 153 L.Ed 666 (2002)

· PLAINTIFF REQUEST DECLATORY RELIEF THAT THE DEFENDANTS HAVE VIOLATED HIS RIGHTS.

· PLAINTIFF REQUEST INJUNCTIVE RELIEF BY ORDER OF THE COURT INSTRUCTING/COMMANDING PLAINTIFFS TO PROVIDE a.) OUTSIDE PROVIDER TO MEDICALLY ASSESS AT NO COST TO PLAINTIFF BY CHOICE OF PLAINTIFF. B.) Allow THE ORDER/ PURCHASE OF NUTRITIONAL SUPPLAMENT FOR THE PROTIEN NEED OF PLAINTIFF FROM MANUFACTURE. C.) AT NO COST ANY SURGERY ARISING FROM PLAINTIFFS MEDICAL PROVIDER IF PLAINTIFF SO CHOOSES TO HAVE PROCEEDURE. D.) Allow A UNRESTRICTED CANTEEN LIMIT TO PURCHASE THE NESESSARY AMOUNT OF FOOD. E.) PROVIDE PLAINTIFF HIS PROPER MEDICAL DIET.

4-12

SUMMATION OF MONETARY RELIEF
REQUESTED BY
CLAIM.

CLAIM #1.) $6,140,000.00

CLAIM #2) $2,000,000.00

CLAIM #3) $3,950,000.00

TOTAL = $12,090,000.00

*Rodney Williams III*

PRAYER FOR RELIEF
WHEREFORE: PRAYS AND
PLAINTIFF RESPECTFULLY REQUEST RELIEF AND
BY THE ISSUING ORDER OF THE COURT GRANTING:
• DECLATORY RELIEF THAT THE FACTS AND OMISSIONS
OF THE DEFENDANTS HAVE VIOLATED PLAINTIFFS RIGHTS,
AND STATING THE DEFENDANTS DUTIES WITH RESPECT
TO THOSE RIGHTS.

• INJUNCTIVE RELIEF OF CLAIM #4.) COMMANDING DEFENDANTS
TO PROVIDE a) OUT-SIDE PROVIDER AT NO COST, OF PLAINTIFFS CHOICE,
B.) ALLOW THE ORDER/PURCHASE OF NUTRITIONAL SUPPLIMENT FOR
THE MEDICAL PROTIEN NEED OF PLAINTIFF. FROM MANUFACTURE.
C.) AT NO COST ANY SURGERY ARISING FROM MEDICAL PROVIDER,
ASSESSMENT OF INJURIES.
D.) ALLOW THE UNRESTRICTED CANTEEN LIMIT FOR PLAINTIFF
TO ORDER NESESSARY AMOUNT OF FOOD AT ALL TIMES.
E.) PROVIDE PLAINTIFF HIS PROPER MEDICAL DIET.

• INJUNCTIVE RELIEF OF CLAIM #3.) COMMANDING DEFENDANT
ANDRE MOSES STANCIL DIRECTOR OF D.O.C TO PLACE PLAINTIFF
IN PROPER CUSTODY OBSERVING DUE-PROCESS. AND CURE VIOLATIONS
TO POLICY OF JESSICA AND JOSH DORCEY. HOLDING ALL PERSONEL
RESPONSABLE FOR DISREGARD AND ABUSE TO POLICY BY APPROVAL
OF PLAINTIFF. AND MAINTAIN PROPER REIMBURSEMENT BY
PRIVILEDGE AND PLACEMENT. ALSO CORRECTING ABUSE OF 600-009
OF ALL IN MATES AS WELL AS 150-001 PUNITIVE SEGRAGATION,
DISCRIMINATION.

• COMPENSATORY AND PUNITIVE DAMAGES IN THE AMOUNT
OF $12,090,000.00 FOR ALL CLAIMS HERE-IN.

• ANY OTHER RELIEF THE COURT DEEM NESESSARY.

• TRIAL BY JURY IS HERE-BY DEMANDED ON ALL CLAIMS
HERE-IN. ALL PARTIES ARE HERE BY GIVEN NOTICE.
PURSUANT TO FED. R. CIVIL P. 38(a)-(c).
RESPECTFULLY SUBMITTED THIS 15th DAY
OF NOVEMBER 2023.

4-13

Original form provided free of charge by CDOC Legal Services to Inmate Williams DOC #132803 Date: October 26, 2023.

### E.    PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated?  ____ Yes  _X_ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s):                     _____

Docket number and court:                   _____

Claims raised:                                     _____

Disposition: (is the case still pending?
has it been dismissed?; was relief granted?)  _____

Reasons for dismissal, if dismissed:      _____

Result on appeal, if appealed:              _____

### F.    ADMINISTRATIVE REMEDIES

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

_X_ Yes ____ No (*check one*)

Did you exhaust administrative remedies?

_X_ Yes ____ No (*check one*)

5

Original form provided free of charge by CDOC Legal Services to Inmate Williams DOC #132803 Date: October 26, 2023.

## G.    REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."*

PLEASE SEE PAG 4-13

PLAINTIFF SEEKS RELIEF IN MONETARY AMOUNT OF $12,090,000.00

AND INJUNCTIVE AND DECLATORY RELIEF,

## H.    PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

11-15-2023
_____
(Date)

(Revised November 2022)

6

**Colorado Department Of Corrections**

Name _RODNEY WILLIAMS_

Register Number _132803_

Unit _COLORADO STATE PRISON_

Box Number _777_

City, State, Zip _CANON CITY, CO, 81215_

**UNITED STATES POSTAL SERVICE ®**

**USPS TRACKING #**

9114 9022 0085 2254 8937 50

LAB400R Aug. 2013
7690-17-000-0669

neopost
11/17/2023
**US POSTAGE** $05.50

ZiP 81212
041L11241745

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURT HOUSE
901-19TH ST. ROOM A105
DENVER CO 80294-3589

LEGAL MAIL

ESP
DAVIS
132803 WILLIAMS
FACILITY
STAFF LAST NAME
DOC# OFFENDER LAST NAME
11/16/23
DATE REC'D
3K18 GB
ID#  INT
INT

Colorado Department Of Corrections

Name _____

Register Number _____

Unit _____

Box Number _____

City, State, Zip _____

